FILED
2016 Aug-18 PM 02:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

CV-16-BE-___

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

FILED
2016 AUG 17 P 12:22
U.S. DISTRICT COURT
ALABAMA

Inmate Identification Number: __77851__

__Thomas Gaddis__
(Enter above the full name of the plaintiff in this action)

**NOTICE TO FILING PARTY**

*It is your responsibility to notify the clerk in writing of any address change.*

*Failure to notify the clerk may result in dismissal of your case without further notice.*

vs.

Circuit Judge, Julian King
Circuit Judge, William Hollingsworth
District Judge, Jeb Fannin
District Attorney, Steven Giddens
Officer, Michael Yant
Officer Stephen Ledbetter

(Enter above full name(s) of the defendant(s) in this action)

THIS LAWSUIT IS AGAINT THE 29th JUDICIAL CIRCUIT OF TALLADEGA, ALABAMA

I.  Previous lawsuits

    A.  Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
    Yes ( )    No (✓)

    B.  If the answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

        1.  Parties to this previous lawsuit:

        Plaintiff: N/A

        Defendant(s): N/A

2

2. Court (if Federal Court, name the district; if State Court, name the county)

    _____N/A_____

3. Docket number _____N/A_____

4. Name of judge to whom case was assigned _____N/A_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) ____N/A____

    _____N/A_____

6. Approximate date of filing lawsuit _____N/A_____

    _____N/A_____

7. Approximate date of disposition _____N/A_____

II. Place of present confinement  Talladega County Jail.

   A. Is there a prisoner grievance procedure in this institution?
      Yes ( )    No (✓)

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?    Yes ( )    No (✓)

   C. If your answer is YES:

      1. What steps did you take? _____N/A_____

      2. What was the result? _____denied_____

   D. If your answer is NO, explain why not: _____denied_____

3

III. Parties.

In item (A) below, place your name in the first blank and place your present address in the second blank.

A. Name of Plaintiff(s) Thomas Gaddis

Address Talladega County Jail, Talladega, Al 35161

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant Circuit Judge Jultan King Circuit

Is employed as Judge Williams Hollinsworth District

at Judge Jeb Fannin, District Attorney Steven

C. Additional Defendants Gidden- Officer Michael Vant, Officer Stratten / Ed Better — 148 East Street, Judicial Buildings, Talladega, Alabama 35161.

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statues. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

The name defendant herein of the 29th Judicial Circuit of Talladega Al. conspired together, under color of state law, willful took unconstitutional documents deprived plaintiff Gaddis of his rights, privilege, life, liberties immunity that was protected, secured by the

4

Constitution and Laws of the united states without the showing of probable cause on determination of probable cause, on relief summarys and invalid warrant.

V. **RELIEF**

State briefly <u>exactly</u> what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

① 4th Amendment determination of probable cause
② Compensatory and punitive damages.
③ defendants sued in their officals capacity
④ whatsoever the court deem proper, and any Appropriate Relief Here under USC 42 1983 §

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 8-15-2016.

Thomas Gaddis
SIGNATURE

ADDRESS Talladega County Jail
PO Box B.
Talladega, Al. 35161
AIS # 77851

5

CIRUMSTANCES, CONDITIONS AND FACTUAL ALLAGATIONS  (1) OF (1)

The 29th Judicial Circuit of Talladega, Alabama Have Conspired Together, while Acting under the color of state law, willfull, conspireding with And threw, their state law enforcement officers And willfull, without cause, Arrests, without the Showing of probable cause And place into Confinement AN inhabitant A citizen of The United States without due process of law And equal protection of law. plaintiff Thomas Gaddis

defendant OFFICER, MICHAEL YANT on Spet. 4. 2015 Exceeded the limits of his Authority, while Acting under the color of state law, he acted in the name for the state, clothed with state's power, of the 29th Circuit of Talladega, Alabama, willful without cause of the showing of probable cause, Arrested plaintiff And place him into Confinement.

ON Spet. 4. 2015 defendant YANT took a previously prepared form complaint, that were unaccompanied by a separate Affidavit, And say that he have probable cause, for believing And does believe, That on Spet 4 2015 plaintiff Gaddis was in possession of a controlled substance, possession of MARIJUANA Second degree, And Felony paraphernalia. while NEAR 400 Cooper Field Circle Sylacauga Alabama Talladeg County

defendant YANT, acted in the name for the state, with the 29th Judicial Circuit of Alabama Took that same complaint, defendant YANT, (1) He was the complainant OFFICER, (2) He were the states only witness (3) He preferred the WARRANT, (4) He also executed the WARRANT.

defendant YANT on, spet 4, 2015, took this same insufficient, deficiencies, illegal unlawful and unconstitutional criminal complaint, without the showing of probable cause.

defendant YANT, submitted this form. Complaint to defendant DISTRICT JUDGE. FANNIN, as the sole evidence supporting of that warrant, defendant FANNIN issued this warrant, from the arrest that failed the showing of probable, that warrant also failed to meet minimal, 4th Amendment, constitutional standards

defendant JEB FANNIN, failed to make a 4th Amendment determination of probable cause.

(3)

defendant OFFICER, STEPHEN LEDBETTER, on Oct 13, 2015 exceeded the limits of his authority. While acting under the color of state law, he acted in the name for the state, clothed with states power of the 29th Circuit of Talladega, Alabama willfull without cause of the showing of probable cause, arrested plaintiff and place him into confinement.

On Oct 14, 2015, defendant Ledbetter took a previously prepared form complaint that were unaccompanied by a separate affidavit and say, that he has probable cause for believeing and does believe that on Oct 13, 2015 plaintiff, Gaddis was manufacturing a controlled substance, in the second degree, and possession of drug paraphernalia, (felony) while near 1239 N. Main Ave. Sylacauga, Talladega County Alabama.

defendant Judge JEB FANNIN failed to make a 4th amendment determination of probable cause.

(4)

Plaintiff Thomas Gaddis has file motions into the 29th Judical Circuit of Talladega, Alabama Circuit Courts. Plaintiff have also written letter's personally to defendant Circuit Judge Julian King, defendant William Hollinsworth, defendant DISTRICT Attorney Steven Giddens, pleading unto them that plaintiff Gaddis were arrested in both cases, without a showing of probable cause, and that plaintiff have been deprived of his constitutional Rights without due process of law, and equal protection of law.



Plaintiff Also submitted The unconstitutional documents To The 29th Circuit names defendants criminal complaints, That were without A showing of probable cause, or A determination of probable cause, showing The Defendants of The 29th Circuit Conspired while Acting Under, The color of state law, After Having notice Informed, with A causal connection within The 29th Circuit, willfull turn A blind eye And A Deaf ear, And disregard That plaintiff Gaddis have been unconstitutional Arrested without the showing of probable cause on Criminal complaints documents That Against Alabama Rules Of Criminal procedural statues and Codes, Against common Law, Against United states Supreme court constitutions, And Laws of the United states.

When the 29th Judicial Circuit, upheld And pass theses Unconstitutional documents Theow District And Circuit Count, That have clearly deprived plaintiff of his LIFE, The Fourteenth Amendment's protection Against deprivations of Liberty, without due process of Law,

When the 29th Judicial Circuit, was acting under the color of state law, acting in the name of the state, clothed with state's power, should 29th Circuit of Alabama, known or should have known,

By virtue of its, incorporation into Fourteenth Amendment The Fourth Amendment requires the states to provide a fair and reliable determination of probable cause as a condition for any significant pretrial restraint of liberty.

The probable cause determination must be made by a Judicial officer, either before or promptly after arrest

The 29th Circuit have disregarded these constitutional provision, and willfull, restraint of liberty plaintiff Thomas Gaddis deprivation of his constitutional right

The 29th Circuit of Alabama names defendant have conspired together enter into a unconstitution scheme on a belief summary, that should have last for only 72 hour, and willfull deprived plaintiff of his life without due process of law, or equal protection of law, on a invalid warrant without the showing of probable cause, of the 4th Amendments Warrant Clauses.

⑥ 6 OF

The 29th Judicial of Alabama, name defendants herein this civil Rights action under 42 U.S.C. sec 1983, Inter To This conspiracy against plaintiff Thomas Gaddis.

The 29th Judicial also discriminated against plaintiff Thomas Gaddis Because of his Race. Plaintiff were singled out, sought after, were subject to punishment pains, and penalties Because of his Race.

Plaintiff Thomas Gaddis were a Innocent Freedmen Inhabitant of the United States who was Arrested because of his Race, without the showing of probable cause.

When the 29th Judicial Circuit of Alabama discriminated against plaintiff Herein, plaintiff suffer differences punishment, As A Citizens of the United States Under the 14th Amendment Equal protection Clause.

Plaintiff Thomas Gaddis was willfull charge twice and put In Jeopardy, In The case DC 2015,100697 Manufacturing A controlled substance In the second degree, And possession of Drug paraphernalia both charges Is Lab components, precursor substances This was A willfull Scheme to hold plaint In Jail on a 100,000.00 Thousands Dollars bond, On Manufacturing, this Act were Violation Under The 5th Amendment Clauses

Statement of Claims

1) The 29th Judicial Circuit of Talladega County was acting under color of state law, willfully, and without cause arrested and abusive into confinement an inhabitant of the United States without the showing of probable cause existed at all. An innocent citizen plaintiff Thomas Coddis, deprives him of his rights, privilege and immunity that was secured and protected by the Constitution and laws of the United States.

2) The 29th Judicial Circuit name defendants Herein is without any authority of law and without any reasonable colorable cause, and defendants conspired together and willfully deprived plaintiff of his life contrary to law, the defendant conspired, subjected the plaintiff to the deprivation of his liberty and constitutional rights of the 14th Amendment.

3) The 29th Judicial Circuit of Talladega Al, conspired together, under color of law, misuse of power, clothed with the authority, acted in the name of the state, disregarded the Constitution rights of 4th Amendment provides that no warrant shall be issued upon probable cause 5th Amendment provides that nor shall any person be deprived of life liberty or property without due process of law, the state name defendant Herein, should have known, that the mandates of the 14th Amendment, provides, nor shall any states deprived any person of, life liberty or property without due process of law and equal protection of law.

And laws of the United States, Shall Be Liable to the party, Injured In An action at Lawsuit In Equity or other proper proceeding for REDRESS 42, 1983¢

(2)

The 29th CIRCUIT Judicial CIRCUIT, Have willful contuied Conspireding holding plaintiff Gaddis on A knowingly Invalid warrant SINCE Oct. 13, 2015 Acting under The color of state Law, without any Jurisdiction of Law, without determination of probable Cause, willfully punishing A Innocent Citizen A Inhabitant of the united states willful deprived of All Rights privilege and immunity That plaintiff Gaddis was protected and secured under The constitution And Laws of The united states. 42 U.S.C. 1983.

The 29th Judicial CIRCUIT Is without showing of probable cause willful deprived Innocent citizen. An Inhabitant of the United States of his LIFE. Their Conducted

When The 29th Judicial were Acting under The color of state Law, Should Have known, That Their Conduct Violates, A Clearly established Federal Statutory Constitutional Rights of plaintiff Thomas Gaddis, which A Reasonable person would have known.

The 29th Judicial CIRCUIT of Talladega should Be held Liable, For this deprivation of plaintiff Thomas Gaddis Constitutional Rights.

X Thomas Gaddis

Executed 8-15-2016

# Additional Claims

10 of

**(1)**

The 29th Judicial Circuit of Talladega, Alabama is a system that have conspired together while acting under the color of state law, and willfull without any authority of law, and without any reasonable colorable cause, and willfull deprived a innocent citizen an inhabitant of the United State, plaintiff, Thomas Gaddis, of his rights, privilege, and immunity, whereas plaintiff was secured and protected, by the constitution, and law of the United States, 42 U.S.C. 1983 §

**(2)**

The 29th Judicial Circuit names defendants herein defendant Judge Julian King, defendant Judge Williams Hollinsworth, defendant Judge Jeb Fannin, defendant District Attorney Steven Gidden, defendant officer Michael Yant, defendant officer Stephen Ledbetter, have conspired together, while acting under color of law, took away my life with laws, that contrary to law, subjected the plaintiff, Thomas Gaddis to the deprivation of his life liberties, and all, his constitutional rights of the 14th Amendment, 42 USC 1983 §

The 29th Circuit names defendant have conspired against plaintiff Thomas Gaddis arrested without cause, on the showing of probable cause, willfull restraint of liberty, as a citizen of the United States.

# STATEMENT OF CLAIMS

8 of

**(1)**

When the names defendants herein this 29th Judicial Circuit engage inter into a conspiracy, to willful take the plaintiff life liberties, while acting under the color of state law. Should defendant Judge King, defendant Judge Hollinsworth, defendant DA Steven Giddon, defendant Judge Fannin, defendant officer Yant, defendant officer Ledbetter, should have known plaintiff Thomas Gaddis have constitutional rights

**(2)**

The 4th Amendment provides. NO WARRANT shall be issued but upon probable cause supported by oath or affirmation, plaintiff Gaddis have a 5th Amendment constitution rights provide, nor shall any person be deprived of life liberty or property. without due process of law and equal protection of law, plaintiff Gaddis also have a 14th Amendment constitutional right provides. That nor shall any state deprived any person of life, liberty and property. without due process of law or equal protection of law. 42 USC 1983 §

**(3)**

When the 29th Judicial Circuit when they conspired against plaintiff Thomas Gaddis while acting under the color of state law. Should have known, that every person who under color of any statute, ordinance regulation custom, or usage, of any state or territory, subjects or cause to be subjected any citizen of the united states or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the constitution 42 USC 1983 §

The 29th Judicial Circuit of Talladega, Alabama, conspired together, while acting under the color of state law, against plaintiff Thomas Gaddis a innocent American citizen a inhabitant of the United States, The 29th Circuit name defendants herein this 42 USC. 1983 civic action, willfully took fraudulent, illegal, unlawfull, and unconstitutional, criminal complaints, and initial appearance, documents, and willfull stripped plaintiff of all his civic rights, deprivation of the plaintiff constitutional rights, privileges and immunity whereas the plaintiff was secured and protected, defendants disregarded the laws of the United States, in doing so the defendants cause injurys, to the plaintiff 42 USC 1983

Emotional harm
emotional pain suffering
mental anguish
1 loss of enjoyment of life
. anxiety distress
. hair loss
. humiliation
. mental distress
. depression
0 loss of sleep
1 oppression
2 Relationships loss,
3 Loss of self esteem
4 headaches